**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 17-1584**

WILLIAM ANTHONY TACCINO,

     Plaintiff - Appellant,

  v.

COMMISSIONER, SOCIAL SECURITY,

     Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore. J. Frederick Motz, Senior District Judge. (1:16-cv-02775-JFM)

Submitted: September 18, 2017         Decided: November 13, 2017

Before DIAZ and THACKER, Circuit Judges, and HAMILTON, Senior Circuit Judge

Affirmed by unpublished per curiam opinion.

William A. Taccino, Appellant Pro Se. Gabriel Robert Deadwyler, SOCIAL SECURITY ADMINISTRATION, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William A. Taccino appeals the district court's order accepting the recommendation of the magistrate judge and granting defendant's motion to dismiss his civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Taccino v. Comm'r, Soc. Sec.*, No. 1:16-cv-02775-JFM (D. Md. Mar. 30, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
